IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MANDY S.,                                  No. 3:14-cv-01450-HZ

             Plaintiff,                     ORDER

    v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

             Defendant.

HERNÁNDEZ, District Judge:

       Plaintiff Mandy S. brought this action seeking review of the Commissioner's final decision to deny Supplemental Security Income. On August 12, 2015, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Order, ECF 19. Judgment was also entered on August 12, 2015. ECF 20. On December 9, 2020, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. B, ECF 23-3.

       Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 23. Defendant has no objection to the request. Def. Resp., ECF 25. The Court has reviewed the

1 - ORDER

record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [23] and awards Plaintiff's counsel $14,033.00 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $5,539.07 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Upon payment of the § 406(b) fees, Plaintiff's counsel will refund any EAJA fees received by counsel to Plaintiff. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

Dated: _____February 9, 2021_____.

_____
Marco A. Hernández
United States District Judge

2 - ORDER